UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LUIS G. LOPEZ,

                               Plaintiff,                        JUDGMENT

     v.                                                         23-CV-2053 (LDH) (TAM)

MARTHA'S COCINA MEXICANA, LLC, d/b/a
MARTHA'S COCINA MEXICANA and
FRANCISCO SIMON,

                               Defendants.
---------------------------------------------------------------X

       An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on January 30, 2024, adopting the Report and Recommendation of Magistrate Taryn A. Merkl, dated December 27, 2023, granting Plaintiff's motions for default judgment as to Plaintiff's overtime violation claims and denying as to Plaintiff's N.Y.L.L. wage notice and wage statement claims; dismissing Plaintiff's N.Y.L.L. wage notice and wage statement claims for lack of standing; awarding Plaintiff $6,135.00 in compensatory damages, $6,135.00 in liquidated damages, $2,770.50 in attorneys' fees, and $517.00 in costs; awarding Plaintiff prejudgment interest on Plaintiff's unpaid overtime wages at a per diem interest rate of $1.51 from September 18, 2022, to the date final judgment is entered, and post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a); and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the interest being $756.51; it is

       ORDERED and ADJUDGED that Plaintiff's motions for default judgment are granted as to Plaintiff's overtime violation claims and denied as to Plaintiff's N.Y.L.L. wage notice and wage statement claims; that Plaintiff's N.Y.L.L. wage notice and wage statement claims are dismissed for lack of standing; and that Plaintiff is awarded a total amount of $16,314.01, and post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a).

Dated: Brooklyn, New York  
       February 1, 2024

Brenna B. Mahoney  
Clerk of Court

By:   <u>*/s/Jalitza Poveda*</u>  
       Deputy Clerk